JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD PICK, | Case No. 2:21-cv-08702-JWH-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MOTOROLA SOLUTIONS, INC., a Delaware Corporation; UNITED STATES DEPARTMENT OF JUSTICE; and KENT VANDERSTEEN, an individual, | |
| Defendants. | |

Pursuant to the "Order Granting Government's Motion to Dismiss [ECF No. 61]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552a.

2. The operative pleading is the Second Amended Complaint (the "Amended Complaint") [ECF No. 56] of Plaintiff Harold Pick ("Plaintiff").

3. Defendant Kent J. Vandersteen was **DISMISSED** on or about April 27, 2022.

4. Defendant Motorola Solutions, Inc. was **DISMISSED** on or about April 19, 2023.

5. Defendant United States Department of Justice shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of his Amended Complaint. This action is **DISMISSED**.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 28, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE